**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CARLOS FLOWERS,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **UNIVERSITY OF PENNSYLVANIA** | : | |
| **HEALTH SYSTEM.** | : | **No.  08-3948** |
| **Defendant.** | : | |

**ORDER**

**AND NOW**, this **16th** day of **June,  2009**, upon consideration of Defendant's Motion for Summary Judgment, Plaintiff's Response in Opposition, and Defendant's Reply thereto, and for the reasons discussed in this Court's separate Memorandum of June __ 2009, it is hereby **ORDERED** that:

      1.      Defendant's  Motion for Summary Judgment (Document No. 17) is **GRANTED**.

      2.      The Clerk of Court is directed to close this case.

**BY THE COURT:**

**Berle M. Schiller, J.**